RECEIVED

DEC 1 0 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **GREGORY RUIZ** | **CIVIL ACTION NO. 6:12-cv-2740** |
| **LA. DOC #353027** | |
| **VS.** | **SECTION P** |
| | **JUDGE REBECCA F. DOHERTY** |
| **WARDEN ROBERT TANNER** | **MAGISTRATE JUDGE C. MICHAEL HILL** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Gregory Ruiz' petition for writ of *habeas corpus* is **DISMISSED WITH PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this _10_ day of ___December___, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE